**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-03003-AP

DAVID T. MILEY,

    Plaintiff,

v.

Michael J. Astrue,
Commissioner of Social Security
    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

ALAN M. AGEE, P.C.
Alan M. Agee #18444
512 S. 8th Street
Colorado Springs, CO 80905
(719) 473-1515
ageealanmpc@qwestoffice.net

TERESA ABBOTT, P.C.
Teresa H. Abbott
3515 S. Tamarac Drive #200
Denver, CO 80237
(303) 757-5000
abbott.teresa@gmail.com

<u>For Defendant</u>:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

      A.      Date Complaint Was Filed: November 15, 2012

      B.      Date Complaint  Was Served on U.S. Attorney's Office: November 21, 2012

      C.      Date Answer and Administrative Record Were Filed: January 22, 2013

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Upon information and belief, the Plaintiff believes the record is complete and accurate, except as discussed in Paragraph 5 below.

To the best of his knowledge, Defendant states that the record is complete and accurate.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff states that she anticipates filing a MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND/OR FOR REMAND FOR CONSIDERATION OF NEW AND MATERIAL EVIDENCE UNDER SENTENCE SIX OF 42 U.S.C. § 405(g) pertaining to the following medical records:  Dr. Thomas McIntee's letter dated October 30, 2012 and also with medical records from Stanford University Hospital (23 pages) that were submitted to the Appeals Council on April 2, 2012.

Defendant states that he plans to consult with the Appeals Council regarding the April 2, 2012 records to see whether a supplemental transcript containing those records is appropriate.  Defendant would not oppose Plaintiff submitting this or other additional evidence with his brief, but cannot stipulate to supplement the certified administrative record with the additional evidence that was not before the ALJ or the Appeals Council. *See* 42 U.S.C. § 405(g) (sentence three: stating that the Commissioner "shall file a certified copy of the transcript of the record including the evidence upon which the findings and decision complained of are based"); *contra Martinez v. Barnhart*, 444 F.3d 1201, 1208 (10th Cir. 2006) (stating that because the Appeals Council "considered" treatment records, the records are a part of the administrative record to be considered by the court when evaluating the ALJ's decision for substantial evidence); *Proctor v. Astrue,* 665 F.Supp.2d 1243, 1251 (D. Colo. 2009) (citing *Chambers v. Barnhart*, 389 F.3d 139, 1142 (10th Cir. 2004) ("If the evidence does qualify *and* the Appeals Council considered it in connection with the claimant's request for administrative review, it becomes part of the record

in evaluating the Commissioner's denial of benefits under the substantial-evidence standard.") (emphasis added)). The October 30, 2012 evidence is dated after the Appeals Council denied review and thus cannot be part of the certified administrative record. If Plaintiff submits the additional evidence with his opening brief, the Court could still consider the evidence to determine if it met the criteria of remand under sentence six of 42 U.S.C. 405(g). *See Selman v. Califano*, 619 F.2d 881, 884-85 (10th Cir. 1980) (court cannot consider additional evidence outside of the administrative record, except to determine whether the case should be remanded under sentence six of 42 U.S.C. § 405(g) for consideration of additional evidence). Defendant would reserve the right to argue that the requirements for sentence six remand were not met.

### 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case does not raise unusual claims or defenses.

### 7. OTHER MATTERS

The parties state that there are no other matters.

### 8. BRIEFING SCHEDULE

    A. **Plaintiff's Opening Brief Due: March 25, 2013**

    B. **Defendant's Response Brief Due: April 24, 2013**

    C. **Plaintiff's Reply Brief (If Any) Due: May 9, 2013**

### 9. STATEMENTS REGARDING ORAL ARGUMENT

    A. **Plaintiff's Statement:** Plaintiff requests oral argument.

    B. **Defendant's Statement:** Defendant does not request oral argument.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice*.

    A. **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B. **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

### 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST

COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this 13th day of February, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| ALAN M. AGEE, P.C. | John F. Walsh<br>United States Attorney |
| By: *s/ Alan M. Agee*<br>Alan M. Agee<br>512 S. 8th Street<br>Colorado Springs, CO 80905<br>719-473-1515<br>719-473-2880 (facsimile)<br>ageealanmpc@qwestoffice.net | **By:** s/ *Alexess Rea*<br>Special Assistant U.S. Attorney<br>1001 17th Street<br>Denver, CO 80202<br>303-844-7101<br>303-844-0770 (facsimile)<br>Alexess.rea@ssa.gov |
| Attorney for Plaintiff | Attorneys for Defendant |